# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BERND NIEBERGALL,**

    **Plaintiff,**

**V.**           Case No: 6:11-cv-896-Orl-22GJK

**GOLDLEAF SECURITY OF FLORIDA, INC.,**

    **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Renewed Motion for Default Judgment (Doc. No. 25) filed on April 24, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 24, 2012 (Doc. No. 26), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Renewed Motion for Default Judgment (Doc. No. 25) is hereby GRANTED in part. The Clerk is directed to enter Judgment providing that Plaintiff, Bernd Niebergall, recover of the Defendant, Goldleaf Security of Florida, Inc., the sum of $3,796.10 for overtime wages and liquidated damages, and $8,498.75 for attorneys' fees and costs, for a total of **$12,294.85**, which shall bear interest at the rate of .018 percent, for which let execution issue.

3. The Second Motion for Default Judgment (Doc. No. 23) is DENIED as moot.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on May 8, 2012.

*ANNE C. CONWAY*
United States District Judge

Copies furnished to:

Counsel of Record

Dan Daly and Irving Schwab
Goldleaf Security of Florida, Inc.
600 West John Street, Suite 231
Hicksville, NY 11802